# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **FILED** |
| Plaintiff, | : | JUL 3 - 2007 |
| v. | : Civil No. 1:07-CV-65 | U.S. DISTRICT COURT |
| | : | CLARKSBURG, WV 26301 |
| Two Hundred and Seventy Three Boxes, | : | |
| More or Less of Medical Implant Devices | : | |
| Defendants. | : | |

### ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of W. Thomas McGough, Jr., it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: July 3, 2007

_____
United States District Judge