IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                            **CRIMINAL NO. 1:07CV65**
                                                    **(Judge Keeley)**

**TWO HUNDRED SEVENTY THREE BOXES,
MORE OR LESS OF MEDICAL IMPLANT
DEVICES,**

    **Defendant.**

### ORDER RESCHEDULING STATUS CONFERENCE

For reasons appearing to the Court, the status conference previously set for **August 22, 2007** at **2:00 p.m.**, is rescheduled for **August 31, 2007 at 3:00 p.m.** at the **Clarksburg, West Virginia** point of holding court. Counsel may appeal by telephone. Michael Stein, Assistant United States Attorney, is directed to initiate the conference call to (304) 624-5850. Counsel for defendant shall notify Mr. Stein by 2:00 p.m. on August 30, 2007 of the number where they may be reached at the time of the conference call.

It is so **ORDERED**.

The Clerk is directed to transmit copies of the order to counsel of record.

DATED: August 21, 2007.

                                              /s/ Irene M. Keeley
                                            IRENE M. KEELEY
                                            UNITED STATES DISTRICT JUDGE