**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

UNITED STATES OF AMERICA,

      **Plaintiff,**

v.                                **CRIMINAL NO. 1:07CV65**
                                        **(Judge Keeley)**

TWO HUNDRED SEVENTY THREE BOXES,
MORE OR LESS OF MEDICAL IMPLANT
DEVICES,

      **Defendant.**

### ORDER GRANTING GOVERNMENT'S MOTION TO AMEND

On August 31, 2007, the Court held a scheduling conference at which the claimant, REO Spineline, LLC, advised that it had no objection to the Government's motion to amend. At the hearing, good cause having been shown, the Court **GRANTED** the motion to amend and **ORDERED** the Government to file its amended complaint within seven (7) days. The Court notes that, on August 31, 2007, the Government filed the amended complaint.

The Clerk is directed to transmit copies of the order to counsel of record.

DATED: September, 4, 2007.

                                  /s/ Irene M. Keeley
                                  IRENE M. KEELEY
                                  UNITED STATES DISTRICT JUDGE