IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                        CRIMINAL NO. 1:07CV65
                              (Judge Keeley)

**TWO HUNDRED SEVENTY THREE BOXES,
MORE OR LESS OF MEDICAL IMPLANT
DEVICES,**

    **Defendant.**

## ORDER

For reasons appearing to the Court, the Clerk is directed to file the letter from Michael D. Stein, Assistant United States Attorney dated September 4, 2007 and make it a part of the record in this matter. The Clerk is further directed to transmit copies of this Order to counsel of record.

DATED: September 13, 2007.

                                          /s/ Irene M. Keeley
                                          IRENE M. KEELEY
                                          UNITED STATES DISTRICT JUDGE