IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                            CRIMINAL NO. 1:07CV65
                                 (Judge Keeley)

TWO HUNDRED SEVENTY THREE BOXES,
MORE OR LESS OF MEDICAL IMPLANT
DEVICES,

    Defendant.

## ORDER SCHEDULING HEARING

The Court will conduct a telephone conference on **October 24, 2007 at 3:00 p.m.** at the **Clarksburg, West Virginia** point of holding court to address claimants motion for protective order. Michael Stein, Assistant United States Attorney, is directed to initiate the conference call to (304) 624-5850. Counsel for defendant and claimants shall notify Mr. Stein of the number where they may be reached at the time of the conference call.

It is so **ORDERED**.

The Clerk is directed to transmit copies of the order to counsel of record.

DATED: October 24, 2007.

                                    /s/ Irene M. Keeley
                                    IRENE M. KEELEY
                                    UNITED STATES DISTRICT JUDGE