IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                       CRIMINAL NO. 1:07CV65
                                           (Judge Keeley)

**TWO HUNDRED SEVENTY THREE BOXES,
MORE OR LESS OF MEDICAL IMPLANT
DEVICES,**

    **Defendant.**

## ORDER FOLLOWING OCTOBER 24, 2007 HEARING

On October 24, 2007, the Court held a hearing on "Claimants Thomas Bradley Harris and REO Spineline, LLC's Motion for Protective Order for the United States of America's Subpoena and Discovery Requests Directed to Claimants."

For reasons stated on the record, the Court **GRANTED** the claimants' motion (dkt. no. 33), and **ORDERED** that all discovery requests, including depositions, are stayed until further notice. The Court directed the parties to file, by **Tuesday, November 27, 2007,** any motions pursuant to Rule 12 of the Federal Rules of Civil Procedure relating to the legal viability of the three theories of recovery in this civil forfeiture action articulated by government counsel at the hearing.

The Court will conduct a status conference by telephone on **Monday, December 10, 2007, at 11:30 a.m.,** at the Clarksburg, West Virginia point of holding court. Michael Stein, Assistant United

USA v. Two Hundred Seventy Three Boxes                1:07CV65

## ORDER FOLLOWING OCTOBER 24, 2007 HEARING

States Attorney, is directed to initiate the conference call to (304) 624-5850. Counsel for defendant and claimants shall notify Mr. Stein of the number where they may be reached at the time fo the conference call.

The Court also directed the parties to file a joint letter by **Monday, October 29, 2007,** advising the Court of who the parties' would like to select as a mediator.

**It is so ORDERED.**

The Clerk is directed to transmit copies of the order to counsel of record.

DATED: October 25, 2007.

                                    /s/ Irene M. Keeley
                                    IRENE M. KEELEY
                                    UNITED STATES DISTRICT JUDGE