**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                            **CRIMINAL NO. 1:07CV65**
                                        **(Judge Keeley)**

**TWO HUNDRED SEVENTY THREE BOXES,**
**MORE OR LESS OF MEDICAL IMPLANT**
**DEVICES,**

    **Defendant.**

<u>**ORDER**</u>

On October 24, 2007, the Court held a hearing on "Claimants Thomas Bradley Harris and REO Spineline, LLC's Motion for Protective Order for the United States of America's Subpoena and Discovery Requests Directed to Claimants."

For the reasons stated on the record, the Court **ORDERED** the Government to notify in writing all witnesses it intends to depose in this case of any exposure they may have to potential criminal charges relating to alleged money laundering activities. All discovery activity in this case is **STAYED** pending receipt of the government's confirmation that it has provided such notice.

The Clerk is directed to transmit copies of the order to counsel of record.

DATED: October 25, 2007.

                                                 /s/ Irene M. Keeley
                                               IRENE M. KEELEY
                                               UNITED STATES DISTRICT JUDGE